IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LLOYD G. MAYS,** : | |
|     Petitioner : | |
| : | No. 1:23-cv-00808 |
| v. : | |
| : | (Judge Kane) |
| **WARDEN SCI-COAL** : | |
| **TOWNSHIP, et al.,** : | |
|     Respondents : | |

## ORDER

**AND NOW**, on this 18th day of August, 2023, upon consideration of the petition for writ of habeas corpus (Doc. No. 1), and for the reasons set forth in the accompanying Memorandum,

**IT IS ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. No. 1) is **DISMISSED WITH PREJUDICE** as untimely; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
